# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Whitesell-Green, Inc./W.G. Yates & Sons )
  Construction Company, A Joint Venture ) ASBCA No. 60030
)
Under Contract No. W91278-07-D-0045 )

APPEARANCE FOR THE APPELLANT: Ceejaye Peters, Esq.
  Corporate Counsel

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
  David C. Brasfield, Jr., Esq.
  Engineer Trial Attorney
  U.S. Army Engineer District, Mobile

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 13 May 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60030, Appeal of Whitesell-Green, Inc./W.G. Yates & Sons Construction Company, A Joint Venture, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals